UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| COMMUNITY & SOUTHERN BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13-cv-287-SKL |
| v. ) | |
| ) | |
| DONALD BIGHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court file reflects Defendants Jared T. Bigham and David C. Bigham have filed petitions for relief under the provisions of Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Tennessee [Doc. 43]. Accordingly, this action is subject to the automatic stay provisions of 11 U.S.C. § 362. As this case has been automatically stayed under 11 U.S.C. § 362, pursuant to the policies and procedures of the Administrative Office of the United States Courts, it is **ORDERED** this action is closed and removed as a statistically pending matter from the active docket of this Court.

The Clerk of the Court is directed to submit a JS-6 report to the Administrative Office of the United States Courts in this case. However, nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings in this matter become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE